CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie Rubin,<br><br>      Plaintiff,<br><br>   v.<br><br>City of Inglewood; David Rice, an individual; and Does 1-10, Inclusive<br><br>      Defendants. | Case No. 2:20-cv-00319-MWF-E<br><br>**Notice of Errata; Corrected [Proposed] Judgment** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that on April 13, 2020 Plaintiff filed an Application for Default Judgment in the above-captioned matter. (Dkt No. 22).

There is a typographical error with regard to the concurrently filed [Proposed] Judgment (Dkt No. 22-11), as follows: the first paragraph erroneously represented the damages sought via judgment to be "$3713.75.00", when the amount sought is **$4,000**.

A Corrected [Proposed] Judgment is lodged concurrently herewith, and a copy will be submitted to chambers per Local Rule.

Plaintiff sincerely apologizes for the inconvenience caused the Court and Court Clerk by this inadvertent error.

Date: April 14, 2020              Respectfully Submitted,


                                  By: /s/ Michelle Uzeta
                                      Michelle Uzeta
                                      Attorneys for Plaintiff