JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Willie Rubin**, | Case No.: 2:20-cv-00319-MWF-E |
| Plaintiff, | |
| v. | **Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| **City of Inglewood; David Rice, an individual; Taste of Inglewood** and Does 1-10, Inclusive | |
| Defendants. | |

1

**ORDER**

Pursuant to the Stipulation of the Parties, the above-referenced action is dismissed ***with prejudice*** as to the City of Inglewood only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

Plaintiff's claims against the against Defendant David Rice were dismissed ***without prejudice*** by order of the Court on March 16, 2021 based on a lack of jurisdiction (ECF 83 at 8). Plaintiff did not respond to the Court's Order to Show Cause regarding his remaining claims for injunctive relief against Defendant Taste of Inglewood (see ECF 83 at 8) and therefore, the Court also dismisses those claims ***without prejudice***.

IT IS SO ORDERED.

Dated: April 30, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge